IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWIN BAEZ,<br>    Petitioner | :<br>:<br>: | No. 1:22-cv-01234 |
| v. | :<br>: | (Judge Kane) |
| KATHY BRITAIN,<br>    Respondent | :<br>: | |

## ORDER

**AND NOW**, on this 15th day of November 2023, upon consideration of Petitioner Edwin Baez ("Petitioner")'s petition, filed pursuant to the provisions of 28 U.S.C. § 2254 (Doc. No. 1), and in accordance with the Court's accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DISMISSED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
